| | |
|---|---|
| Jonathan M. Jacobson, SBN 1350495 | Scott A. Sher, SBN 190053 |
| WILSON SONSINI GOODRICH & ROSATI | Michelle Yost Hale (*pro hac vice forthcoming*) |
| Professional Corporation | Robin S. Crauthers (*pro hac vice forthcoming*) |
| 1301 Avenue of the Americas, 40th Floor | Katie R. Glynn, SBN 300524 |
| New York, New York 10019 | WILSON SONSINI GOODRICH & ROSATI |
| Telephone: (212) 497-7758 | Professional Corporation |
| Facsimile: (212) 999-5899 | 1700 K Street NW, Fifth Floor |
| Email: jjacobson@wsgr.com | Washington, DC 20006 |
| | Telephone: (202) 973-8800 |
| Justina K. Sessions, SBN 270914 | Facsimile: (202) 973-8899 |
| Benjamin S. Labow, SBN 229443 | Email: ssher@wsgr.com |
| WILSON SONSINI GOODRICH & ROSATI | Email: mhale@wsgr.com |
| Professional Corporation | Email: rcrauthers@wsgr.com |
| One Market Plaza, Spear Tower, Suite 3300 | Email: kglynn@wsgr.com |
| San Francisco, California 94105 | |
| Telephone: (415) 947-2000 | |
| Facsimile: (415) 947-2099 | |
| Email: jsessions@wsgr.com | |
| Email: blabow@wsgr.com | |

*Counsel for Defendant Plaid Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 4:20-cv-07810 |
| Plaintiff, | |
| v. | **CORPORATE DISCLOSURE STATEMENT** |
| VISA INC. and PLAID INC., | |
| Defendants. | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Plaid Inc. ("Plaid") and the undersigned counsel of record certify as follows: (1) Plaid is a privately held corporation; (2) Plaid does not have any parent corporation; and (3) no publicly held corporation owns ten percent or more of Plaid's stock.

Dated: November 10, 2020

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*s/ Jonathan M. Jacobson*
Jonathan M. Jacobson

*Counsel for Defendant Plaid Inc.*