Jonathan M. Jacobson, SBN 1350495
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 497-7758
Facsimile: (212) 999-5899
Email: jjacobson@wsgr.com

Justina K. Sessions, SBN 270914
Benjamin S. Labow, SBN 229443
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: jsessions@wsgr.com
Email: blabow@wsgr.com

Scott A. Sher, SBN 190053
Michelle Yost Hale (*pro hac vice forthcoming*)
Robin S. Crauthers (*pro hac vice forthcoming*)
Katie R. Glynn, SBN 300524
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8800
Facsimile: (202) 973-8899
Email: ssher@wsgr.com
Email: mhale@wsgr.com
Email: rcrauthers@wsgr.com
Email: kglynn@wsgr.com

*Counsel for Defendant Plaid Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>    v.<br><br>VISA INC. and PLAID INC.,<br><br>    *Defendants*. | CASE NO.: 4:20-cv-07810<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties and their shareholders, there is no such interest to report.

| | |
|---|---|
| Dated: November 10, 2020 | Respectfully submitted, |
| | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| | *s/ Jonathan M. Jacobson*<br>Jonathan M. Jacobson |
| | *Counsel for Defendant Plaid Inc.* |