| | |
|---|---|
| Jack P. DiCanio (SBN 138782)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>525 University Avenue, Suite 1400<br>Palo Alto, California 94301<br>Telephone: (650) 470-4500<br>Facsimile: (650) 470-4570<br>Email: Jack.DiCanio@skadden.com | Jonathan M. Jacobson, SBN 1350495<br>WILSON SONSINI GOODRICH &<br>ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, New York 10019<br>Telephone: (212) 497-7758<br>Facsimile: (212) 999-5899<br>Email: jjacobson@wsgr.com |
| Steven C. Sunshine (*pro hac vice* pending)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>1440 New York, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 371-7000<br>Facsimile (202) 393-5760<br>Email: steven.sunshine@skadden.com | Justina K. Sessions, SBN 270914<br>WILSON SONSINI GOODRICH &<br>ROSATI<br>Professional Corporation<br>One Market Plaza, Spear Tower, Suite 3300<br>San Francisco, California 94105<br>Telephone: (415) 947-2000<br>Facsimile: (415) 947-2099<br>Email: jsessions@wsgr.com |
| *Attorneys for Defendant*<br>VISA INC. | Scott A. Sher, SBN 190053<br>WILSON SONSINI GOODRICH &<br>ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, DC 20006<br>Telephone: (202) 973-8800<br>Facsimile: (202) 973-8899<br>Email: ssher@wsgr.com |
| | *Attorneys for Defendant*<br>PLAID INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff,<br><br>      v.<br><br>VISA INC. and PLAID INC.,<br><br>                    Defendants. | CASE NO.: 4:20-cv-7810-BLF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR AN EXPEDITED CASE MANAGEMENT CONFERENCE** |

1 | Having considered Defendants' Administrative Motion for an Expedited Case Management
2 | Conference, and any opposition thereto,
3 | IT IS HEREBY ORDERED that Defendants' Administrative Motion for an Expedited Case
4 | Management Conference is GRANTED. A case management conference is scheduled for
5 | _____.

7 | Dated:

8 | By: _____
9 | United States Judge Jeffrey S. White