1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    *Plaintiff*<br>          v.<br><br>VISA INC. and PLAID INC.,<br><br>                    *Defendants*. | Case No.: 4:20-cv-07810-JSW<br><br>**[PROPOSED] ORDER RE AMINISTRATIVE MOTION FOR AN EXPEDITED CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Jeffrey S. White |

    Having considered Defendants' Administrative Motion for an Expedited Case Management Conference, and Plaintiff's Statement in Support thereof,

    IT IS HEREBY ORDERED that Defendants' Administrative Motion for an Expedited Case Management Conference is GRANTED. A case management conference is scheduled for _____.

    THE PARTIES ARE FURTHER ORDERED to meet and confer, prepare, and submit a Joint Case Management Conference Statement that conforms to all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case

-1-

Management Statement," and Civil Local Rule 16-9, no later than five (5) days in advance of the Case Management Conference.

IT SO ORDERED.

Dated: _____                          _____
                                                HONORABLE JEFFREY S. WHITE
                                                United States District Judge