Joshua M. Henderson (SBN 197435)
**NORTON ROSE FULBRIGHT US LLP**
555 California Street, Suite 3300
San Francisco, CA 94104-1609
Telephone:    (628) 231-6800
Facsimile:    (628) 231-6799
josh.m.henderson@nortonrosefulbright.com

Gerald A. Stein
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, New York  10019-6022
Telephone:    (212) 318-3000
Facsimile:    (212) 318-3400
gerald.stein@nortonrosefulbright.com

*Counsel for Non-Party PayPal Holdings, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>VISA INC. and PLAID INC.,<br><br>*Defendants*. | Case No.:  4:20-cv-07810-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] MODIFICATION TO PROTECTIVE ORDER** |

Pursuant to Paragraph 3 of the Joint Stipulation and [Proposed] Protective Order entered on November 25, 2020 (Dkt. 49) (hereinafter "Protective Order"), Visa Inc. ("Visa"), Plaid Inc. ("Plaid"), and PayPal Holdings, Inc. ("PayPal") hereby stipulate to modify the Protective Order as set forth below.  The Court, upon good cause shown and pursuant to Fed. R. Civ. P. 26(c)(1), **ORDERS** as follows:

**Paragraph 8 is modified as follows:**

The following terms are added to Paragraph 8 of the Protective Order:

> With respect to PayPal: If a Defendant and PayPal cannot reach agreement on the objection within ten business days of the Defendant's written notice, the Defendant may address the dispute to this Court. The Defendant bears the burden of persuading the Court that the material is Confidential Information within the definition set forth in paragraph 1(b) or entitled to no confidentiality designation and, on a document-by-document basis, demonstrating a particularized need that outweighs the confidentiality interests of PayPal. The designated information shall be treated in accordance with its Confidential or Highly Confidential Information designation under this Order until the Court rules on the Defendant's timely filed motion. If the Defendant fails to move the Court in accordance with this Paragraph, or if the Court finds the designation of Confidential Information or Highly Confidential Information to have been appropriate, the challenge to the designation shall be considered rescinded, and the information shall maintain its designation.

**Paragraph 9(i) is modified as follows:**

Paragraph 9(i) of the Protective Order is deleted and replaced as follows:

> (i) two in-house attorneys for each Defendant, not involved in business decisions, whose names shall be disclosed to the United States and to PayPal at least five business days prior to the effective date of such designation and who shall be agreed upon by the parties and PayPal or (in the absence of agreement) ordered by the Court, provided that the in-house attorneys shall first execute an Agreement Concerning Confidentiality in the form of Appendix A attached to the Protective Order. For purposes of this Paragraph, the phrase "involved in business decisions" shall not include the rendering of legal advice solely as to litigation, compliance, regulatory, or liability issues related to business decisions. However, the phrase "involved in business decisions" shall include rendering advice or decision-making that takes into account information regarding PayPal including

but not limited to such advice or decision-making regarding current and future agreements and contracts (in whole or portions thereof), marketing, pricing, product or service development, product or service offerings, licensing, and acquisition or enforcement of intellectual property rights.  To the extent a Defendant seeks to change the two-in house attorneys that may receive access to Confidential Information, the Defendant must provide notice to Plaintiff and PayPal at least 10 business days prior to the effective date of such designation, and such designation shall be agreed upon by the parties and PayPal or (in the absence of agreement) ordered by the Court, provided that the in-house attorneys shall first execute an Agreement Concerning Confidentiality in the form of Appendix A attached hereto.  Without waiving any of its rights under this Paragraph, PayPal consents to Plaid's designation of Elyse Whitehead as in-house counsel pursuant to the terms of this Protective Order.

**Limitations**

The modifications set forth above do not modify in any way any other terms of the Protective Order. The modifications are intended to be and are effective only as among PayPal, Visa, and Plaid, and do not apply to any rights or obligations with respect to the United States or any other non-party to this action.

| | |
|---|---|
| 1 | **SO STIPULATED:** |
| 2 | */s/ Tara L. Reinhart* |
| | Jack P. DiCanio (SBN 138782) |
| 3 | Jack.DiCanio@Skadden.com |
| 4 | 525 University Avenue, Suite 1400 |
| | Palo Alto, California 94301 |
| 5 | Telephone: (650) 470-4500 |
| | Facsimile: (650) 470-4570 |
| 6 | |
| 7 | Steven C. Sunshine (pro hac vice) |
| | Steven. Sunshine@Skadden.com |
| 8 | Tara L Reinhart (pro hac vice) |
| | Tara.Reinhart@Skadden.com |
| 9 | Julia K. York (pro hac vice) |
| 10 | Julia. York@Skadden.com |
| | Joseph Ciani-Dausch (pro hac vice) |
| 11 | Joseph.Ciani-Dausch@skadden.com |
| | 1440 New York Ave., N.W. |
| 12 | Washington, D.C. 20005 |
| 13 | Telephone: (202) 371-700 |
| | Facsimile: (202) 393-5760 |
| 14 | |
| 15 | Karen Hoffman Lent (pro hac vice) |
| | Karen.Lent@Skadden.com |
| 16 | One Manhattan West |
| | New York, NY 10001-8602 |
| 17 | Telephone: (212) 735-3000 |
| | Facsimile: (212) 735-2000 |
| 18 | |
| 19 | *Counsel for Defendant Visa Inc.* |

| | |
|---|---|
| 1 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | Professional Corporation |
| 3 | */s/ Justina K. Sessions* |
| | Justina K. Sessions (SBN 270914) |
| 4 | jsessions@wsgr.com |
| | Benjamin S. Labow (SBN 229443) |
| 5 | blabow@wsgr.com |
| 6 | One Market Plaza, Spear Tower, Suite 3300 |
| | San Francisco, California 94105 |
| 7 | Telephone: (415) 947-2000 |
| | Facsimile: (415) 947-2099 |

1   WILSON SONSINI GOODRICH & ROSATI
     Professional Corporation
2
3   */s/ Justina K. Sessions*
    Justina K. Sessions (SBN 270914)
4   jsessions@wsgr.com
    Benjamin S. Labow (SBN 229443)
5   blabow@wsgr.com
    One Market Plaza, Spear Tower, Suite 3300
6   San Francisco, California 94105
7   Telephone: (415) 947-2000
    Facsimile: (415) 947-2099
8
    Jonathan M. Jacobson (SBN 1350495)
9   jjacobson@wsgr.com
10  1301 Avenue of the Americas, 40th Floor
    New York, New York 10019
11  Telephone: (212) 497-7758
    Facsimile: (212) 999-5899
12
13  Scott A. Sher (SBN 190053)
    ssher@wsgr.com
14  Michelle Yost Hale (pro hac vice)
    mhale@wsgr.com
15  Robin S. Crauthers (pro hac vice)
16  rcrauthers@wsgr.com
    Katie R. Glynn (SBN 300524)
17  kglynn@wsgr.com
    1700 K Street NW, Fifth Floor
18  Washington, DC 20006
    Telephone: (202) 973-8800
19  Facsimile: (202) 973-8899
20
    *Counsel for Defendant Plaid Inc.*
21

Norton Rose Fulbright US LLP
*/s/ Joshua M. Henderson*
Joshua M. Henderson (SBN 197435)
555 California Street. Suite 3300
San Francisco, CA 94104-1609
Telephone:     (628) 231-6800
Facsimile:      (628) 231-6799
josh.m.henderson@nortonrosefulbright.com

Gerald A. Stein
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, New York  10019-6022
Telephone:     (212) 318-3000
Facsimile:      (212) 318-3400
gerald.stein@nortonrosefulbright.com

*Counsel for Non-Party PayPal Holdings, Inc.*

**IT SO ORDERED.**

Dated: December 11, 2020

_____
HON. JEFFERY S. WHITE
United States District Judge