CONFIDENTIAL - TO BE FILED UNDER SEAL

Jonathan M. Jacobson, SBN 1350495
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 497-7758
Facsimile: (212) 999-5899
Email: jjacobson@wsgr.com

Justina K. Sessions, SBN 270914
Benjamin S. Labow, SBN 229443
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: jsessions@wsgr.com
Email: blabow@wsgr.com

Scott A. Sher, SBN 190053
Michelle Yost Hale (*pro hac vice*)
Robin S. Crauthers (*pro hac vice*)
Katie R. Glynn, SBN 300524
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8800
Facsimile: (202) 973-8899
Email: ssher@wsgr.com
Email: mhale@wsgr.com
Email: rcrauthers@wsgr.com
Email: kglynn@wsgr.com

*Counsel for Defendant Plaid Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>VISA INC. and PLAID INC.,<br><br>*Defendants.* | CASE NO.: 4:20-cv-07810-JSW<br><br>**DECLARATION OF POUYA FATEMI IN SUPPORT OF PLAID'S PROPOSED TRIAL DATE** |

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

DECLARATION OF POUYA FATEMI IN SUPPORT OF PLAID'S PROPOSED TRIAL DATE
CASE NO.: 4:20-cv-07810-JSW

CONFIDENTIAL - TO BE FILED UNDER SEAL

I, Pouya Fatemi, declare as follows:

1. I am the Head of Finance at Plaid Inc. ("Plaid"), and have held this role since January 2016.

2. My responsibilities as Plaid's Head of Finance include oversight of Plaid's financial operations and strategy, including financial planning and analysis, investor relations, accounting, tax, and treasury.

3. The following facts are within my personal knowledge, and if called and sworn as a witness, I could and would testify competently to these facts.

4. ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████

5. ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████

6. ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████

7. ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████

1
DECLARATION OF POUYA FATEMI IN SUPPORT OF PLAID'S PROPOSED TRIAL DATE
Case No.: 4:20-cv-07810-JSW

CONFIDENTIAL - TO BE FILED UNDER SEAL

1   ████████████████████████████████████████████████████████████████

2   ████████████████

3       8.  ████████████████████████████████████████████████████████

4   ████████████████████████████████████████████████████████

5       9.  ████████████████████████████████████████████████████████

6   ██████████████████████████████████████████████████

7       10. ████████████████████████████████████████████████████████

8   ████████████████████████████████████████████████████████████████

9   ████████████████████████████████████████████████████████████████

10      11. ████████████████████████████████████████████████████████

11  ████████████████████████████████████████████████████████████████

12  ████████████████████████████████████████████████████████████████

13  ██████████████████████████

14      ████████████████████████████████████████████████████████

15      12. ████████████████████████████████████████████████████████

16  ████████████████████████████████████████████████████████████████

17  ██████████████████████████████████████████████████████

18      13. ████████████████████████████████████████████████████████

19  ████████████████████████████████████████████████████████████████

20  ████████████████████████████████████████████████████████████████

21  ██████████████████████████████████

22          I declare under penalty of perjury that the foregoing is true and correct. Executed this

23  10th day of December 2020, at _____San Francisco, CA_____.

24

25                                  /s/ Pouya Fatemi
                                    ─────────────────────────
26                                  POUYA FATEMI
                                    HEAD OF FINANCE
27                                  PLAID INC.

28

2
DECLARATION OF POUYA FATEMI IN SUPPORT OF PLAID'S PROPOSED TRIAL DATE
CASE NO.: 4:20-cv-07810-JSW