DocuSign Envelope ID: 58351E38-18A1-4B0C-AB4C-8FF747B797CA

CONFIDENTIAL - TO BE FILED UNDER SEAL

Jonathan M. Jacobson, SBN 1350495
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 497-7758
Facsimile: (212) 999-5899
Email: jjacobson@wsgr.com

Justina K. Sessions, SBN 270914
Benjamin S. Labow, SBN 229443
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: jsessions@wsgr.com
Email: blabow@wsgr.com

Scott A. Sher, SBN 190053
Michelle Yost Hale (*pro hac vice*)
Robin S. Crauthers (*pro hac vice*)
Katie R. Glynn, SBN 300524
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8800
Facsimile: (202) 973-8899
Email: ssher@wsgr.com
Email: mhale@wsgr.com
Email: rcrauthers@wsgr.com
Email: kglynn@wsgr.com

*Counsel for Defendant Plaid Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　*Plaintiff,*<br><br>　　v.<br><br>VISA INC. and PLAID INC.,<br><br>　　　*Defendants.* | CASE NO.: 4:20-cv-07810-JSW<br><br>**DECLARATION OF MCKENNA QUINT IN SUPPORT OF PLAID'S PROPOSED TRIAL DATE** |

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

CONFIDENTIAL - TO BE FILED UNDER SEAL

I, McKenna Quint, declare as follows:

1. I am the Head of People at Plaid Inc. ("Plaid"), and have held this role since I joined Plaid in March 2019.

2. My responsibilities as Plaid's Head of People include overseeing the recruitment, development, and retention of our talent; our diversity, equity, and inclusion initiatives that underpin our people and product; as well as responsibilities relating to our real estate and related office management activities. It is my duty to ensure that our talent, individually and collectively, are best positioned to help us achieve our mission.

3. As Plaid's Head of People, I also have responsibilities related to the proposed acquisition of Plaid by Visa Inc., which include employee communications about the transaction and managing post-close employee incentives and benefits.

4. The following facts are within my personal knowledge, and if called and sworn as a witness, I could and would testify competently to these facts.

5. 

6. 

7. 

8. 



1

DECLARATION OF MCKENNA QUINT IN SUPPORT OF PLAID'S PROPOSED TRIAL DATE
CASE NO.: 4:20-cv-07810-JSW

CONFIDENTIAL - TO BE FILED UNDER SEAL

1   9.   █████████████████████████████████
2   ███████████████████████████████████████
3   ███████████████████████████████████████
4   ███████████████████████████████████████
5   ███████████████████████████████████████
6   ███████████████████████████████████████
7   ███████████████████████████████████████
8   ████████████████████
9   10.  ████████████████████████
10  ███████████████████████████████████████
11  ███████████████████████████████████████
12  ███████████████████████████████████████
13  ███████████████████████████████████████
14  ███████████████████████████████████████
15  ███████████████████████████████████████
16  ███████████████████████████████████████
17  ██████████████
18  11.  ███████████████████████████
19  ███████████████████████████████████████
20  ███████████████████████████████████████
21  ███████████████████████████████████████
22  ███████████████████████████████████████
23  ███████████████████████████████████████
24  ██████████████
25  12.  ███████████████████████████
26  ███████████████████████████████████████
27  ███████████████████████████████████████
28  ███████████████████████████████████████

2

DECLARATION OF MCKENNA QUINT IN SUPPORT OF PLAID'S PROPOSED TRIAL DATE
CASE NO.: 4:20-cv-07810-JSW

CONFIDENTIAL - TO BE FILED UNDER SEAL

13. ███████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
██████████████

14. ██████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
█████████
██████████████████████████████████████
██████████████

15. ██████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
████████████████████████

16. ██████████████████████████████████
███████████████████████████████████████████
████████████████████████████████

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of December 2020, at  San Francisco, CA                    .

DocuSigned by:

*Mckenna Quint*

AD415C36AE05477

MCKENNA QUINT
HEAD OF PEOPLE
PLAID INC.

3

DECLARATION OF MCKENNA QUINT IN SUPPORT OF PLAID'S PROPOSED TRIAL DATE
CASE NO.: 4:20-cv-07810-JSW