Jonathan M. Jacobson, SBN 1350495
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 497-7758
Facsimile: (212) 999-5899
Email: jjacobson@wsgr.com

Justina K. Sessions, SBN 270914
Benjamin S. Labow, SBN 229443
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: jsessions@wsgr.com
Email: blabow@wsgr.com

Scott A. Sher, SBN 190053
Michelle Yost Hale (*pro hac vice*)
Robin S. Crauthers (*pro hac vice*)
Katie R. Glynn, SBN 300524
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8800
Facsimile: (202) 973-8899
Email: ssher@wsgr.com
Email: mhale@wsgr.com
Email: rcrauthers@wsgr.com
Email: kglynn@wsgr.com

*Counsel for Defendant Plaid Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> VISA INC. and PLAID INC., <br><br> *Defendants.* | CASE NO.: 4:20-cv-07810-JSW <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT PLAID INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1  The Court, having considered Plaid Inc.'s Administrative Motion to File Under Seal and any
2  opposition thereto, determines that the unredacted versions of the Declaration of Pouya Fatemi in
3  Support of Plaid's Proposed Trial Date ("Fatemi Declaration"), which is attached as Exhibit B to
4  the Joint Case Management Statement and Discovery Plan, and the Declaration of McKenna Quint
5  in Support of Plaid's Proposed Trial Date ("Quint Declaration"), which is attached as Exhibit C to
6  the Joint Case Management Statement and Discovery Plan are entitled to protection under the law
7  pursuant to Civil Local Rule 79-5(b).  Plaid Inc. has established "good cause" under Rule 26(c) of
8  the Federal Rules of Civil Procedure to keep these documents under seal.
9  IT IS HEREBY ORDERED that the Administrative Motion to File Under Seal is
10 **GRANTED** and that the following portions of the Quint Declaration and Fatemi Declaration shall
11 be sealed:

| Document | Portion of the Document to be Sealed |
|---|---|
| Declaration of Pouya Fatemi in Support of Plaid's Proposed Trial Date (Exhibit B to the Joint Case Management Statement and Discovery Plan) | ¶ 4 |
| | ¶ 5 |
| | ¶ 6 |
| | ¶ 7 |
| | ¶ 8 |
| | ¶ 9 |
| | ¶ 10 |
| | ¶ 11 |
| | ¶ 12 |
| | ¶ 13 |
| | Heading on line 1:9 |
| | Heading on line 2:14 |
| Declaration of McKenna Quint in Support of Plaid's Proposed Trial Date (Exhibit C to the Joint Case Management Statement and Discovery Plan) | ¶ 5 |
| | ¶ 6 |
| | ¶ 7 |
| | ¶ 8 |
| | ¶ 9 |
| | ¶ 10 |
| | ¶ 11 |
| | ¶ 12 |
| | ¶ 13 |
| | ¶ 14 |
| | ¶ 15 |
| | ¶ 16 |
| | Heading on line 1:14 |
| | Heading on lines 3:14-15 |

1

[Proposed] Order Granting Admin. Mot. to File Under Seal            Case No.: 4:20-cv-07810-JSW

**IT IS SO ORDERED.**

DATED: _____

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE