CONFIDENTIAL - TO BE FILED UNDER SEAL

| | |
|---|---|
| Jonathan M. Jacobson, SBN 1350495 | Scott A. Sher, SBN 190053 |
| WILSON SONSINI GOODRICH & ROSATI | Michelle Yost Hale (*pro hac vice*) |
| Professional Corporation | Robin S. Crauthers (*pro hac vice*) |
| 1301 Avenue of the Americas, 40th Floor | Katie R. Glynn, SBN 300524 |
| New York, New York 10019 | WILSON SONSINI GOODRICH & ROSATI |
| Telephone: (212) 497-7758 | Professional Corporation |
| Facsimile: (212) 999-5899 | 1700 K Street NW, Fifth Floor |
| Email: jjacobson@wsgr.com | Washington, DC 20006 |
| | Telephone: (202) 973-8800 |
| Justina K. Sessions, SBN 270914 | Facsimile: (202) 973-8899 |
| Benjamin S. Labow, SBN 229443 | Email: ssher@wsgr.com |
| WILSON SONSINI GOODRICH & ROSATI | Email: mhale@wsgr.com |
| Professional Corporation | Email: rcrauthers@wsgr.com |
| One Market Plaza, Spear Tower, Suite 3300 | Email: kglynn@wsgr.com |
| San Francisco, California 94105 | |
| Telephone: (415) 947-2000 | |
| Facsimile: (415) 947-2099 | |
| Email: jsessions@wsgr.com | |
| Email: blabow@wsgr.com | |

*Counsel for Defendant Plaid Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 4:20-cv-07810-JSW |
| Plaintiff, | |
| v. | **DECLARATION OF POUYA FATEMI IN SUPPORT OF PLAID'S PROPOSED TRIAL DATE** |
| VISA INC. and PLAID INC., | |
| Defendants. | |

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

DECLARATION OF POUYA FATEMI IN SUPPORT OF PLAID'S PROPOSED TRIAL DATE
CASE NO.: 4:20-cv-07810-JSW

CONFIDENTIAL - TO BE FILED UNDER SEAL

I, Pouya Fatemi, declare as follows:

1. I am the Head of Finance at Plaid Inc. ("Plaid"), and have held this role since January 2016.

2. My responsibilities as Plaid's Head of Finance include oversight of Plaid's financial operations and strategy, including financial planning and analysis, investor relations, accounting, tax, and treasury.

3. The following facts are within my personal knowledge, and if called and sworn as a witness, I could and would testify competently to these facts.

4. ███████████████████████████████████████████████████████

5. ███████████████████████████████████████████████████████

6. ███████████████████████████████████████████████████████

7. ███████████████████████████████████████████████████████

1
DECLARATION OF POUYA FATEMI IN SUPPORT OF PLAID'S PROPOSED TRIAL DATE
CASE NO.: 4:20-cv-07810-JSW

CONFIDENTIAL - TO BE FILED UNDER SEAL

1
2
3  8. ■
4
5  9. ■
6
7  10. ■
8
9
10  11. ■
11
12
13
14
15  12. ■
16
17
18  13. ■
19
20
21

22  I declare under penalty of perjury that the foregoing is true and correct. Executed this
23  10th day of December 2020, at ___San Francisco, CA___.

24
25              Pouya Fatemi
                ─────────────────────
26              POUYA FATEMI
                HEAD OF FINANCE
27              PLAID INC.
28

2
DECLARATION OF POUYA FATEMI IN SUPPORT OF PLAID'S PROPOSED TRIAL DATE
CASE NO.: 4:20-cv-07810-JSW