CONFIDENTIAL - TO BE FILED UNDER SEAL

1  Jonathan M. Jacobson, SBN 1350495
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
3  1301 Avenue of the Americas, 40th Floor
   New York, New York 10019
4  Telephone: (212) 497-7758
   Facsimile: (212) 999-5899
5  Email: jjacobson@wsgr.com
6
7  Justina K. Sessions, SBN 270914
   Benjamin S. Labow, SBN 229443
8  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
9  One Market Plaza, Spear Tower, Suite 3300
   San Francisco, California 94105
10 Telephone: (415) 947-2000
11 Facsimile: (415) 947-2099
   Email: jsessions@wsgr.com
12 Email: blabow@wsgr.com
13
   Scott A. Sher, SBN 190053
   Michelle Yost Hale (*pro hac vice*)
   Robin S. Crauthers (*pro hac vice*)
   Katie R. Glynn, SBN 300524
   WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
   1700 K Street NW, Fifth Floor
   Washington, DC 20006
   Telephone: (202) 973-8800
   Facsimile: (202) 973-8899
   Email: ssher@wsgr.com
   Email: mhale@wsgr.com
   Email: rcrauthers@wsgr.com
   Email: kglynn@wsgr.com

14 *Counsel for Defendant Plaid Inc.*

15              **UNITED STATES DISTRICT COURT**

16              **NORTHERN DISTRICT OF CALIFORNIA**

17

18  UNITED STATES OF AMERICA,              )   CASE NO.: 4:20-cv-07810-JSW
                                           )
19          *Plaintiff,*                   )
                                           )   **DECLARATION OF MCKENNA**
20                                         )   **QUINT IN SUPPORT OF PLAID'S**
        v.                                 )   **PROPOSED TRIAL DATE**
21                                         )
    VISA INC. and PLAID INC.,              )
22                                         )
            *Defendants.*                  )
23                                         )
24

25

26

27          REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

28

DECLARATION OF MCKENNA QUINT IN SUPPORT OF PLAID'S PROPOSED TRIAL DATE
Case No.: 4:20-cv-07810-JSW

DocuSign Envelope ID: 58351E38-18A1-4B0C-AB4C-8FF747B797CA

CONFIDENTIAL - TO BE FILED UNDER SEAL

1  I, McKenna Quint, declare as follows:

2  1. I am the Head of People at Plaid Inc. ("Plaid"), and have held this role since I joined Plaid in March 2019.

3  

4  2. My responsibilities as Plaid's Head of People include overseeing the recruitment, development, and retention of our talent; our diversity, equity, and inclusion initiatives that underpin our people and product; as well as responsibilities relating to our real estate and related office management activities. It is my duty to ensure that our talent, individually and collectively, are best positioned to help us achieve our mission.

9  3. As Plaid's Head of People, I also have responsibilities related to the proposed acquisition of Plaid by Visa Inc., which include employee communications about the transaction and managing post-close employee incentives and benefits.

12  4. The following facts are within my personal knowledge, and if called and sworn as a witness, I could and would testify competently to these facts.



5. [redacted]

6. [redacted]

7. [redacted]

8. [redacted]

---

1

DECLARATION OF MCKENNA QUINT IN SUPPORT OF PLAID'S PROPOSED TRIAL DATE
CASE NO.: 4:20-cv-07810-JSW

CONFIDENTIAL - TO BE FILED UNDER SEAL

1. 9. ███████████████████
2. ███████████████████
3. ███████████████████
4. ███████████████████
5. ███████████████████
6. ███████████████████
7. ███████████████████
8. ███████████
9. 10. ███████████████
10. ███████████████████
11. ███████████████████
12. ███████████████████
13. ███████████████████
14. ███████████████████
15. ███████████████████
16. ███████████████████
17. ██████
18. 11. ███████████████████
19. ███████████████████
20. ███████████████████
21. ███████████████████
22. ███████████████████
23. ███████████████████
24. ██████
25. 12. ███████████████████
26. ███████████████████
27. ███████████████████
28. ███████████████████

2

DECLARATION OF MCKENNA QUINT IN SUPPORT OF PLAID'S PROPOSED TRIAL DATE
CASE NO.: 4:20-cv-07810-JSW

CONFIDENTIAL - TO BE FILED UNDER SEAL

13. ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████

14. ████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████
████████████████████████████████████████
██████████████

15. ████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
███████████████████████

16. ██████████████████████████████████
████████████████████████████████████████
████████████████████████████████████

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of December 2020, at San Francisco, CA _____.

MCKENNA QUINT
HEAD OF PEOPLE
PLAID INC.

3

DECLARATION OF MCKENNA QUINT IN SUPPORT OF PLAID'S PROPOSED TRIAL DATE
CASE NO.: 4:20-cv-07810-JSW