# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>Plaintiff(s)<br>v.<br><br>Visa Inc. and Plaid Inc.,<br><br>Defendant(s) | CASE No C 4:20-cv-07810-JSW<br><br>ADR CERTIFICATION BY<br>PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 12/14/2020            /s/ Kathleen S. O'Neill, Senior Director of Investigations and Litigation
                                                                Party

Date: 12/14/2020            /s/ John R. Read
                                                                Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☒ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 12/14/2020            /s/ John R. Read
                                                                Attorney

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*Form ADR-Cert  rev. 1-15-2019*

**ATTORNEY ATTESTATION**

I, John R. Read, am the ECF user whose identification and password are being used to file the United States' ADR CERTIFICATION BY PARTIES AND COUNSEL. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

/s/ *John R. Read*
John R. Read