UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VISA INC., et al.,<br><br>    Defendants. | Case No. 20-cv-07810-JSW<br><br>**ORDER REFERRING DISCOVERY TO RANDOMLY ASSIGNED MAGISTRATE JUDGE AND**<br><br>**ORDER TO PARTIES RE TRIAL DATE**<br><br>Re: Dkt. No. 57 |

This matter is scheduled for an initial case management conference on December 18, 2020. The Court has received the parties joint case management conference statement. The case management conference remains on calendar.

The Court HEREBY REFERS all discovery disputes, including those raised in the case management conference statement, to a randomly assigned Magistrate Judge. *See* N.D. Civ. L.R. 72-1. Any further amendments to the protective order shall be presented to the Magistrate Judge assigned to the case. The Court will not address discovery related issues at the case management conference.

The Court also has considered the parties positions on timing, and it intends to schedule trial for June or July 2021. The parties shall meet and confer in advance of the case management conference and shall be prepared to offer the Court proposed dates for pretrial (which should be three weeks prior to the trial date – if the parties believe a shorter time frame is required, they must show extremely good cause to alter the Court's normal schedule) and trial.

//

//

Following the case management conference, the Court will issue a scheduling order based on the trial date selected.

**IT IS SO ORDERED.**

Dated: December 15, 2020

_____
JEFFREY S. WHITE
United States District Judge

Cc: Magistrate Referral Clerk