```
JOHN R. READ (DC Bar #419373)
john.read@doj.gov
MEAGAN K. BELLSHAW (CA Bar #257875)
meagan.bellshaw@usdoj.gov
CORY BRADER LEUCHTEN (NY Bar # 5118732)
cory.leuchten@usdoj.gov
United States Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 4000
Washington, DC 20530
Telephone: (202) 307-0468
Facsimile: (202) 514-7308
```

*Attorneys for Plaintiff United States*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*<br>v.<br><br>VISA INC. and PLAID INC.,<br><br>*Defendants*. | Case No. 4:20-cv-07810-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE**<br><br>Date: December 18, 2020<br>Time: 11 a.m.<br>Judge: Hon. Jeffrey S. White |

Pursuant to the Court's December 15, 2020, Order, the Parties have met and conferred regarding a trial date and pretrial schedule. The Parties jointly recommend a trial date of June 28, 2021.

Defendants understand the Court's Order to instruct the Parties to select a date for the pretrial conference three weeks in advance of the trial date. The United States agrees with Defendants' reading of the Court's Order but also understands that the Court's Order could be read to direct the Parties to propose a date for pretrial submissions, e.g. the Parties' joint proposed final pretrial conference order, three weeks in advance of trial. The Parties respectfully

request clarification as to the meaning of the Court's December 15 Order.

It is the Parties' intention to comply with the Court's normal pretrial schedule without modification. Accordingly, the Parties have agreed upon and jointly recommend two alternative schedules, and respectfully request the Court adopt the pretrial schedule that is consistent with its normal schedule: (i) Schedule #1 below, with a pretrial conference one week before trial, on June 21, and pretrial submissions three weeks in advance of trial, on June 7; or (ii) Schedule #2, below, with a pretrial conference three weeks in advance of trial, on June 21.

| Event | Schedule #1 | Schedule #2 |
|---|---|---|
| The United States serves Rule 26(a)(1) Initial Disclosures | December 17, 2020 | December 17, 2020 |
| Defendant Visa to supplement Rule 26(a)(1) Initial Disclosures | 3 days after receipt of Plaintiffs' Investigative File | 3 days after receipt of Plaintiffs' Investigative File |
| Deadline to file dispositive motions | January 8, 2021 | January 8, 2021 |
| Parties exchange preliminary trial witness lists | January 15, 2021 | January 19, 2021 |
| Parties exchange final trial witness lists | February 26, 2021 | March 12, 2021 |
| Close of fact discovery | March 5, 2021 | March 17, 2021 |
| Close of Supplemental Discovery | March 19, 2021 | March 24, 2021 |
| Parties serve Rule 26(a)(2)(B) initial expert witness disclosures that contain complete statements of all opinions the witness will express and the basis and reasons for those opinions | March 24, 2021 | March 26, 2021 |

| Event | Schedule #1 | Schedule #2 |
|---|---|---|
| Parties serve Rule 26(a)(2)(D)(ii) expert witness disclosures that are intended solely to contradict or rebut evidence on the same subject matter identified by another Party under Rule 26(a)(2)(B) | April 14, 2021 | April 12, 2021 |
| Parties serve supplemental/rebuttal expert witness disclosures that are intended solely to contradict or rebut evidence on the same subject matter identified by another Party under Rule 26(a)(2)(D)(ii) | May 5, 2021 | April 28, 2021 |
| Parties exchange exhibit lists and, opening deposition designations, and all interrogatories and requests for admission a Party intends to use in its case-in-chief. | May 7, 2021 | April 23, 2021 |
| Each Party informs each non-party of all documents produced by that non-party that are on that Party's exhibit list and all depositions of that non-party that have been designated by any Party. | May 14, 2021 | April 23, 2021 |
| Close of expert discovery | May 19, 2021 | May 5, 2021 |

| Event | Schedule #1 | Schedule #2 |
|---|---|---|
| Each side exchanges its objections to the other side's exhibits, interrogatories, requests for admission, and opening deposition designations and its deposition counter-designations | May 21, 2021 | April 30, 2021 |
| Non-parties provide notice whether they object to the potential public disclosure at trial of any non-party documents and deposition designations included on the parties' exhibit lists, explain the basis for any such objections, and propose redactions where possible | May 21, 2021 | April 30, 2021 |
| Motions *in limine* to be exchanged | May 21, 2021 | May 7, 2021 |
| Parties and non-parties meet and confer regarding confidentiality of non-party documents on trial exhibit lists and non-party depositions | May 28, 2021 | May 14, 2021 |
| Parties meet and confer regarding admissibility of trial exhibits, interrogatories, requests for admission, and deposition designations | May 28, 2021 | May 14, 2021 |
| Parties meet and confer regarding disputes about confidentiality of Party documents on trial exhibit lists | May 28, 2021 | May 14, 2021 |

| Event | Schedule #1 | Schedule #2 |
|---|---|---|
| Oppositions to motions *in limine* to be exchanged | June 1, 2021 | May 18, 2021 |
| *Motions in limine* and oppositions to be filed | June 7, 2021 | May 24, 2021 |
| Joint submission regarding disputes about admissibility of trial exhibits, deposition designations, interrogatories and requests for admission | June 7, 2021 | May 24, 2021 |
| Joint submission regarding disputes about confidentiality of Party documents on trial exhibit lists to be filed | June 7, 2021 | May 24, 2021 |
| Joint submissions regarding disputes about confidentiality of each non-party's documents on trial exhibit lists and non-party depositions to be filed | June 7, 2021 | May 24, 2021 |
| Joint Proposed Final Pretrial Conference Order to be filed | June 7, 2021 | May 24, 2021 |
| Proposed Findings of Fact and Conclusions of Law to be filed | June 7, 2021 | May 24, 2021 |
| Pretrial briefs to be filed | June 7, 2021 | May 24, 2021 |
| Final pretrial conference | June 21, 2021 | June 7, 2021 |
| Parties submit hard copies of final trial exhibits to Court | June 24, 2021 | June 24, 2021 |

| Event | Schedule #1 | Schedule #2 |
|---|---|---|
| Trial begins | June 28, 2021 | June 28, 2021 |
| Post-trial briefs to be filed | 7 business days after the conclusion of trial | 7 business days after the conclusion of trial |

Respectfully submitted,

Dated: December 18, 2020

/s/ Meagan K. Bellshaw
JOHN R. READ
MEAGAN K. BELLSHAW
Attorney
U.S. Department of Justice
Antitrust Division
450 Fifth Street N.W., Suite 4000
Washington, D.C. 20530
Tel.: (202) 598-2307
Email: meagan.bellshaw@usdoj.gov
*Attorneys for Plaintiff United States*

Dated: December 18, 2020

/s/ Steven C. Sunshine
STEVEN C. SUNSHINE
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005
Tel: (202) 371-7000
Email: steve.sunshine@skadden.com
*Attorneys for Defendant Visa Inc.*

Dated: December 18, 2020

/s/ Jonathan M. Jacobson
JONATHAN M. JACOBSON
Wilson Sonsini Goodrich & Rosati
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Tel: (212) 497-7758
Email: jjacobson@wsgr.com
*Attorneys for Defendant Plaid Inc.*

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Parties shall comply with Schedule # ____.

Dated: _____                      _____
                                               HONORABLE JEFFREY S. WHITE
                                               United States District Judge

**ATTORNEY ATTESTATION**

I, Meagan K. Bellshaw, am the ECF user whose identification and password are being used to file the JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

/s/ *Meagan K. Bellshaw*
Meagan K. Bellshaw