UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

DATE:  December 18, 2020                    Time in Court: 18 minutes

**JUDGE: JEFFREY S. WHITE**              **Court Reporter: Diane Skillman**

Courtroom Deputy: Jennifer Ottolini

**CASE NO.: 20-cv-7810 JSW**
**TITLE:  USA v. Visa, Inc., et al.**

COUNSEL FOR PLAINTIFF:                 COUNSEL FOR DEFENDANT:
John Read                              Steven Sunshine – Visa
Meaghan Bellshaw                       Tara Reinhard – Visa
Macon Delrahim – Asst. AG              Justina Session – Plaid
                                       Jonathan Jacobsen – Plaid
                                       Beau Buffier – Plaid

PROCEEDINGS:   Telephonic Initial Case Management Conference

RESULTS:      Initial Case Management Conference held.
              A Scheduling Order will issue.