UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>VISA INC., et al.,<br><br>   Defendants. | Case No. 20-cv-07810-JSW<br><br>**ORDER AMENDING DEADLINE TO HEAR DAUBERT MOTIONS**<br><br>Re: Dkt. No. 64 |

The Court issues this Order to amend the deadline to hear *Daubert* motions, which shall be Friday, May **14,** 2021 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: December 18, 2020

_____
JEFFREY S. WHITE
United States District Judge