1  JESSICA N. LEAL (SBN 267232)
   United States Department of Justice, Antitrust Division
2  450 Fifth Street, NW, Suite 4000
3  Washington, DC 20530
   Telephone: (202) 341-0720
4  Facsimile: (202) 514-7308
   E-mail: Jessica.leal@usdoj.gov
5
6  *Attorney for Plaintiff United States*

7
   **UNITED STATES DISTRICT COURT**
8
   **NORTHERN DISTRICT OF CALIFORNIA**
9
   **OAKLAND DIVISION**
10

11  UNITED STATES OF AMERICA,                Case No.: 3:20-cv-07810

12              *Plaintiff*                  **NOTICE OF APPEARANCE**

13          v.

14

15  VISA INC. and PLAID INC.,

16              *Defendants.*

17

18      TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19      PLEASE TAKE NOTICE that attorney Jessica N. Leal of the Department of Justice,

20

21  Antitrust Division, 450 Fifth Street NW, Suite 4000, Washington DC 20530, admitted to practice

22  before this Court, hereby enters an appearance as counsel on behalf of the United States.

23

24   Dated: January 8, 2020                  _____/s/ Jessica N. Leal____
25                                           Jessica N. Leal
                                             Trial Attorney
26                                           U.S. Department of Justice, Antitrust Division

27                                           *Attorney for Plaintiff United States*

28

                                    -1-