JOHN R. READ (DC Bar #419373)
john.read@doj.gov
MEAGAN K. BELLSHAW (CA Bar #257875)
meagan.bellshaw@usdoj.gov
CORY BRADER LEUCHTEN (NY Bar # 5118732)
cory.leuchten@usdoj.gov
United States Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 4000
Washington, DC 20530
Telephone: (202) 307-0468
Facsimile: (202) 514-7308

*Attorneys for Plaintiff United States*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*<br>v.<br><br>VISA INC. and PLAID INC.,<br><br>*Defendants.* | Case No.: 4:20-cv-07810-JSW<br><br>**JOINT STIPULATION OF DISMISSAL** |

In view of Visa Inc.'s and Plaid Inc.'s decision to terminate their Agreement and Plan of Merger dated January 12, 2020, that was the subject of this litigation, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties file this stipulation of dismissal, signed by all parties that have appeared, stipulating and agreeing to dismissal of this action without prejudice.

**SO STIPULATED:**

Dated: January 12, 2021

*/s/ John R. Read*
JOHN R. READ
U.S. Department of Justice
Antitrust Division
450 Fifth Street N.W., Suite 4000
Washington, D.C. 20530
Tel.: (202) 307-0468
Email: john.read@usdoj.gov
*Attorney for Plaintiff United States*

Dated: January 12, 2021

*/s/ Steven C. Sunshine*
STEVEN C. SUNSHINE
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005
Tel: (202) 371-7000
Email: steve.sunshine@skadden.com
*Attorney for Defendant Visa Inc.*

Dated: January 12, 2021

*/s/ Jonathan M. Jacobson*
JONATHAN M. JACOBSON
Wilson Sonsini Goodrich & Rosati
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Tel: (212) 497-7758
Email: jjacobson@wsgr.com
*Attorney for Defendant Plaid Inc.*

**ATTORNEY ATTESTATION**

I, John R. Read, am the ECF user whose identification and password are being used to file the JOINT STIPULATION OF DISMISSAL. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

                             */s/ John R. Read*
                             JOHN R. READ